# United States District Court
## District of Massachusetts

| | |
|---|---|
| RALPH L. GEZELMAN 4TH, )<br>     Plaintiff )<br>          )<br>  v.         )<br>          )<br>FRANKLIN COUNTY HOUSE OF )<br>CORRECTION, et al.    )<br>     Defendants ) | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br><br><br><br>Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

  ☒ The clerk is directed to file the complaint.

  ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTERED on  April 27, 2005 .

                   /s/ Kenneth P. Neiman
                   KENNETH P. NEIMAN
                   U.S. Magistrate Judge