UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---

Ralph L. Gezelman, 4th, pro se
        Plaintiff

-v-                                     Civil Action #  05-30100-MPN

Sheriff Macdonald
Franklin County Sheriff's Department
Franklin County House of Corrections and Jail
Superintendent Byron
Deputy Superintendent Sheperd
Deputy Superintendent Hall
Deputy Superintendent Fitzpatrick
Franklin County House of Corrections
      Medical Department
Nurse Morningstar, Medical Administrator
Nurse Practitioner Bimm
Food Service Administrator                  **Jury Demand**
C/O Challet
C/O Winn
        Defendant's

---

**Petition Pursuant to**
**42 U.S.C. § 1983**

**TAKE NOTICE,** the Plaintiff, Ralph L. Gezelman, 4th seeks leave of this Court to proceed in; pro se and as an indigent person, to bring about an action under the above statute, claiming the Defendant's violated his Constitutional Rights under the First (1st), Sixth (6th), Eighth (8th) and Fourteenth (14th) amendments of the Constitution of the United States.

**PLEASE TAKE FURTHER NOTICE,** that the Plaintiff is offering in support of his claim the annexed affidavit bringing forth the grounds for this action.

## Affidavit in Support

### Procedural History

1. The Plaintiff has submitted numerous complaints verbally and written grievances to no avail. His grievances are never answered in reference to the matters.

2. He has sought to bring to the attention of food service, asking why they do not practice normal sanitary requirements.

3. The Plaintiff for about a month was routinely ignored by the medical department. Once he was seen there was no help to remedy the Plaintiff's back injury.

4. The Plaintiff and other inmates have numerous times complained about the lack of food being served properly and being cold, or else uncooked, the Plaintiff was locked-up because he had brought to the attention of the C/O that the food was cold.

5. The Plaintiff and other inmates have many times put in grievances and never received an answer.

6. The Plaintiff has submitted many requests to speak to a person who is of an upper echelon rank and never hears anything.

7. The Plaintiff and others have had threats implied as a from of retaliation. They can take privileges, visits, commissary, transfer to another institution, segregation Other inmates have had these things done to them.

## Complaints

### Issues to be Addressed

1. There are in the cells all types of bugs, spiders and ants.

2. The cells have no ventilation except a hole that goes up to the roof and if that is used spiders and bugs come in through it.

3. The shower is something out of a night-mare, there is mold, fungus and all types of things growing in it.

4. The shower had no way to adjust the water to get the temperature right except to climb up the shower door using the slots between the bars to get a grip, then reach back behind you to turn the valve that shuts the water on and off.

    a. This had been like that for a great number of weeks and the have been numerous work-orders written on it and it would be patched with what ever the easiest manner was at the time, until this week an inmate (a federal detainee) went in to take a shower and reached back to turn the water on and fell. They had to take him to the hospital in an ambulance. Then immediately they rushed in and fixed everything wrong with it. It took and injury though to get it done and that was only a quick fix.

5. The medical here is sometimes good sometimes bad, it just seems to depends on the mood of the people as in *Estelle -v- Gamble*, 429 U.S. 97, 50 L. Ed. 2d 251, 47 S. Ct. 285 (1976), "deliberate indifference" to the serious medical needs of an inmate constitutes the wanton infliction of pain.

    a. there are three (3) nurses here who really out all their heart

into doing a good job, they are; Mary Ann, Kerri and Dale but they are limited as to what they can do for us.

   **b.** Franklin County House of Correction has a hardly credible medical department. Medical treatment at times is next to non-existent.

      **(i).** i.e.; on February 7th, 2005 I injured my back exercising. Causing me extreme pain for many days after injuring myself. I was told to submit a request, which I did. A week went by, and I was still in a lot of pain, I submitted yet another request for medical attention. Yet another week went by without even having an acknowledgment. So I finally wrote a grievance. Finally a week after that (a total now of three weeks), still in pain, I had to get Captain Hill to go to medical so I could get seen. The nurse referred me to the nurse practitioner. He told me to do some stretches and not to work-out. Which it would seem to a reasonable person as his way of "brushing me off" and not doing anything about my injury. So here it is a month later and my back is still messed up. I'm still getting no help from medical.

7. The food service here is atrocious:

   a. the officer who does the tray hand outs wears gloves but no hair net.

   b. The food very often is cold, and slopped all over the tray, making it undesirable to eat.

   c. there has been occasion when there has been food that was not cooked, and was partly red, (usually this is with chicken, which is one of the more deadly things to eat when it is not cooked), but if you say something, they

4

  will tell you to move on or if you say one more word you get written up and locked in.

  **d.** myself and other inmates continually have our trays shoved to us and if you aren't quick enough it will either go to the floor or you will be told "move on".

    **i.e.;** on March 12th, 2005 around 4:15 P.M. while coming to get my tray of food, Officer Winn shoved my tray out the window because I couldn't get it fast enough. I told him to slow down. He replied sarcastically. Which prompted words from me, resulting in my receiving a disciplinary report, and receiving 5 days in lock down.

  **e.** on one occasion I had a hair in my food, when I brought it back to Officer Challet, he asked, "how do you know it's not your hair." I pointed to the fact that I have a shaved head. He told me, "to bad" and shut the door in my face. I spoke to Captain Hill on this matter. He said he would address it with Challet. I never did get another tray to eat, causing me to go without a meal. This all due to the fact that I did not want a meal with hair in it.

8. the heating system here malfunctions a lot according to the C/O's.

  **a.** I have been cold a good many times as they will turn it off during the day when it may be a little warmer, but it is still cold, then when night comes they will tell us they can't do anything until they make a round out side where the switch is.

  **b.** there have been times lately where I have gone to the officers about the heat and they say, well we have to wait until someone is going to do a farm

  round and then they will turn it on.

  (i). the only reason for this is they think they are saving an amount of money by not having the heat on.

9. The plumbing is so bad that there has been times when it has overflowed and ran into the block on the house side

   a. urine, feces, semen and other disease carrying agents travel with this type of waste.

   b. The unsanitary conditions also bring me into contact with things like Hepatitis C, Hepatitis A, and many kinds of bacteria.

   c. there is a constant stench coming from the showers that I must deal with.

   d. There are bugs crawling all over in the lower tie, this is the same area that we eat our meals in.

   e. there are bugs that crawl in from the vents in the cells, and inmates are constantly being bitten.

   f. There is constantly dust and dirt coming from the upper tiers and landing in the trays that I and other inmates eat from.

   g. There is mold and fungus all over the walls and the inside of the showers is totally nasty.

   h. The eating area is also where we have our recreation and I and other inmates are constantly having stuff fall on our heads.

   i. See <u>Jackson –v- Duckworth</u>, 955, F. 2d 21, 22, ( 7th Cir); cells flooded with sewage and foul water were a "clear violation of the eighth (8th) amendment right allowed inmates."

10. I have no manner of getting on or off of my upper bunk. Because they are double bunks with no access ladders we must jump up or down. We had a man fall and break his leg because of this. There have been quite a few instances of inmates falling and hurting themselves because they must jump.

11. legal mail here is routinely opened and then the inmate is told "we are sorry we didn't realize that it was legal mail". It would be hard to believe, as the attorney's address is on the envelope, yet if an inmate puts in a grievance he will be ridiculed at the least and possibly punished in some form such as holding back his mail for a week or so.

    a. this is my second action written and sent to this Court. The first was sent on March 18th, 2005 and never made it to the Court house. My family and lawyer both called and were told that nothing from me had reached the Court.

    b. I have been vigorously complaining and grieving my first action which is "missing". Captain Hill has helped and he when he checked he was told that it was mailed on March 18th, 2005. How this could be is doubtful seeing as how it never made it to the Court. Franklin County House of Correction's "track record" for legal mail is not to god. It makes one wonder why this one action is the only piece of mail I have sent in the four months that I have been here that has not made it to where it was sent, and has come up missing.

## General Complaints

1. the laundry comes back and has stains in it or wet and they tell you to bad.

2. there is asbestos insulation all over the place in here, once again to bad.

3. there is lead paint all over the place.

4. all the trash from this place is piled up out in a garage like building and sits there for 3 or 4 days until they get a truck load to haul away.

5. there is virtually no law library here.

    a. they have only L. Ed's, F 2d's or F 3d's, as far as federal books go.

    b. they have an attorney that comes in, but he will tell you he has no Federal knowledge, and will not partake of a law-suit against the county because he works for the county.

6. The time allotted for inmates to use the library is totally dependent on what they have going on in the building, they will intentionally schedule one program right on top of another.

7. Inmates when ever they get in books or magazines may wait days and up to a week for their property to get to them.

    a. This is basically due to the fact that they only have "one" officer who is allowed to do the property. (he went on vacation and every one waited two weeks until he came back).

8. There are no cameras in any part of the general population and it leaves inmates open to assaults and God forbid anyone ever have a medical emergency.

9. If anyone files an action against this place they are either transferred immediately or they are punished. They will send them to SU or to DDU.

    a. there is an inmate here who has a good deal of knowledge concerning the law and he has been told straight out not to help any inmates write a legal

action against this place.

## Summation

The Plaintiff want to make note here that he believes the Court is well aware of the tactics that the administration here uses to stop people from making complaints to the Court. I know it is not the fault of the Court, as they cannot do anything until someone follows through with what ever action they bring forth. The Plaintiff is well aware of the number of actions that get sent to the Court and they are not followed up. The Plaintiff knows that there are many problems here that need to be fixed. As a small example:

1. they are getting ready to break ground for the new jail and they are tearing down some buildings here, they had to bring in a firm to remove the asbestos insulation that was in one of the buildings and on one of the overhead pipes running between the buildings. This place is an accident waiting to happen. "But as the motto here goes; do what you want we will prevail." That seems to hold true.

The issues here are so bad that some of the employees of the jail have told the inmates to file a suit. They even know this place is an accident waiting to claim a victim as one officer put it to me. There are so many issues with this jail that it would be impossible to name every one of them, and the Plaintiff realizes that the is no way that everything could possibly be fixed, but there are things that need to be done now.

The Plaintiff can only speculate on what can be done here to help the inmates that have to deal with the things in this jail. I am though going to try and detail some things that hopefully can be done in my relief sought section.

It is a well known fact here at the jail that if you p\*\*\*-off the administration they will and have no problem putting you in a situation that you are gonna be forced into a fight, just so you know they are the true power here. Once again the Plaintiff wants to make it a well known fact that as stated earlier in this action, there are officers here who are trying to get done the things they know should be done, even against the odds. They are named in the encaption, they are Captain Hill, Captain Brown, Captain Waldron, Captain Streetor, Captain T, Lieutenant Hubbard, and officers Basarache, Scott, Carumba, Marsh, and many others. Just as there are the ones who love the job because it gives them the power to be in authority.

### Relief Sought

1. That the Court would write an order prohibiting the defendant's from taking any type of retaliatory action against the Plaintiff.
2. Order the administration to make immediate changes in the most harmful things.
3. Put together a team appointed by the Judge to do a surprise inspection. Every time anyone is going to come here to inspect, the administration knows so far in advance that there is nothing to see. Consequently that makes anyone who complains out to be a trouble maker and a liar.
4. Compensatory damages to be decided by a jury.
5. Punitive damages to be set by a jury.
6. Such further relief as this Court deems fair and just.

Executed on, March 28, 2005

Respectfully Submitted,

*Ralph L. Gezelman IV*

Ralph L. Gezelman 4th, pro se
160 Elm Street
Greenfield, Ma. 01301

JS 44 (Rev. 3/99) **CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Ralph L. Gezelman, 4th, pro se

### DEFENDANTS
Franklin County House of Correction & Jail

(b) County of Residence of First Listed Plaintiff: **Franklin**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **Franklin**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ralph L. Gezelman, 4th, pro se
166 Elm Street
Greenfield, Ma. 01301

Attorneys (If Known)

### II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: [X] 1 PLF [X] 1 DEF

### IV. NATURE OF SUIT
[X] 550 Civil Rights
[X] 555 Prison Condition

### V. ORIGIN
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION
Civil Rights Violantion & Prison Conditions

### VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

DATE: 04-06-05
SIGNATURE OF ATTORNEY OF RECORD: Ralph [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ATTACHMENT 3**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Ralph L. Gezelman, 4th, pro se -v- Franklin County House of Correction and Jail

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   __ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   X  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   __ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   __ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   __ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   None

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
   YES ☐   NO ☒

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES ☐   NO ☒

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
   YES ☐   NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
   YES ☒   NO ☐

   A. IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
      EASTERN DIVISION ☐   CENTRAL DIVISION ☐   WESTERN DIVISION ☒

   B. IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
      EASTERN DIVISION ☐   CENTRAL DIVISION ☐   WESTERN DIVISION ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Ralph L. Gezelman, 4th, pro se
ADDRESS 160 Elm Street, Greenfield, Ma 01301
TELEPHONE NO. _____

(Att3Cover sheet local.wpd - 11/27/00)