UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH L. GEZELMAN, 4TH<br>                  Plaintiff,<br>            v.<br><br>SHERIFF MACDONALD,<br>FRANKLIN COUNTY SHERIFF'S DEPARTMENT,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT HILL<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>    MEDICAL DEPARTMENT<br>NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,<br>NURSE PRACTITIONER BIMM,<br>FOOD SERVICE ADMINISTRATOR,<br>C.O. CHALLET<br>C.O. WINN<br>                  Defendants. | CIVIL ACTION<br>NO. 05-30100-KPN |

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for all the Defendants in the above action: Sheriff Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections, Superintendent Byron, Deputy Superintendent Shepard, Deputy Superintendent Hill, Deputy Superintendent Fitzpatrick, Franklin County House of Corrections Medical Department, Nurse Morningstar, Medical Administrator, Nurse Practitioner Bimm, Food Service Administrator, C.O. Challet and C.O. Winn

                                              Respectfully submitted,
                                              Commonwealth of Massachusetts
                                              By Its Attorney,

                                              THOMAS F. REILLY
                                              ATTORNEY GENERAL

                                              William P. O'Neill  BBO#379745
                                              Assistant Attorney General
                                              Western Massachusetts Division
                                              1350 Main Street
                                              Springfield, MA 01103-1629
                                              (413)784-1240 FAX: 784-1244