9-22-05

I am writing to notify the court of my transfer and to give my new address. I have a pending case 05CV30100-KPN. My new address is P.O. Box 7000 Northampton MA. 01061.

Thankyou.

Ralph Gezelman IV