Case 3:05-cv-30100-KPN   Document 8   Filed 04/10/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RALPH GEZELMAN, 4TH,            )
         Plaintiff       )
                                   )
   v.                           )   Civil Action No. 05-30100-KPN
                                   )
SHERIFF MACDONALD, et al.,        )
         Defendants   )

ORDER
April 10, 2006

Plaintiff filed a complaint in the U.S. District Court on January 23, 2006. A responsive pleading was due by May 26, 2005. To date, no responsive pleading has been filed.

Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on April 28, 2006. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge

                           By:   /s/ Bethaney A. Healy
                                Bethaney A. Healy
                                Deputy Clerk