UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH L. GEZELMAN, 4TH<br>    Plaintiff,<br>        v.<br><br>SHERIFF MACDONALD,<br>FRANKLIN COUNTY SHERIFF'S DEPARTMENT,<br>FRANKLIN COUNTY HOUSE OF CORRECTION,<br>SUPERINTENDENT BYRON,<br>DEPUTY SUPERINTENDENT SHEPARD<br>DEPUTY SUPERINTENDENT HILL<br>DEPUTY SUPERINTENDENT FITZPATRICK,<br>FRANKLIN COUNTY HOUSE OF CORRECTIONS<br>    MEDICAL DEPARTMENT<br>NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,<br>NURSE PRACTITIONER BIMM,<br>FOOD SERVICE ADMINISTRATOR,<br>C.O. CHALLET<br>C.O. WINN<br>                Defendants. | CIVIL ACTION<br>NO. 05-30100-KPN |

**AFFIDAVIT OF FORBES BYRON AS SUPERINTENDENT OF FRANKLIN COUNTY HOUSE OF CORRECTION**

I, Forbes Byron, do hereby depose and state under oath as follows:

1. I am the Superintendent of Franklin County House of Correction in Greenfield, Massachusetts.

2. Ralph Gezelman was incarcerated in the Franklin County House of Correction until August 26, 2005, at which time he was transferred to the Hampshire House of Correction in Northampton.

3. Mr. Gezelman is no longer being housed in the Franklin County House of Corrections.

This statement is made under the pains and penalties of perjury this 25th day of April 2006.

_____
Forbes Byron, Superintendent
Franklin County House of Correction