UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| RALPH GEZELMAN, 4TH, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-30100-KPN |
| | ) | |
| SHERIFF MACDONALD, et al., | ) | |
| Defendants | ) | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendants in accord with the court's Memorandum and Order with regard to Defendants' Motion for Summary Judgment (Doc. Nos. 9).

May 17, 2006                                Sarah A. Thornton
Date                                        Clerk

                                    By:   /s/ Bethaney A. Healy
                                          Deputy Clerk